```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED
```

AO 93 (Rev. 11/13) Search and Seizure Warrant

MAR 16 2020

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Black ZTE Blade Force 4G N9517, Electronic Serial Number 256691624201282613, more fully described in Attachment A3 | )<br>)<br>)   Case No.  **MJ20-089 (3)**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location)*:

The Black ZTE Blade Force 4G N9517, Electronic Serial Number 256691624201282613, more fully described in Attachment A3

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B3 for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before ___3/10/20___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any U.S. Magistrate Judge in West. Dist. of Washington___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   February 25, 2020 at 9:45a.m.          _____
                                                                             *Judge's signature*

City and state:    Seattle, Washington                    Mary Alice Theiler, United States Magistrate Judge
                                                                       *Printed name and title*

USAO# 2018R00225

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ20-089 | Date and time warrant executed: 2/26/2020  12:05 am | Copy of warrant and inventory left with: Item already in FBI custody |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Black Blade ZTE cellphone

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.  3/23/20

Date: 3/13/2020

*M. Stolts*
*Executing officer's signature*

Michael Stolts, Special Agent FBI
*Printed name and title*

USAO# 2018R00225

# ATTACHMENT A3
## Property to be Searched

The property to be searched is the Black ZTE Blade Force 4G N9517, Electronic Serial Number 256691624201282613.



*Note: The image provided is a stock image of the device, not the actual device possessed by Shea.*

Attachment A3
USAO#2018R00225 – Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B3
### Property to be Seized

Documents (in whatever form) relating to violations of Title 18, United States Code, Sections 2261A (Stalking); 876(c) (Mailing Threatening Communications); 245 (Federally Protected Activities); and 371 (Conspiracy), that is,

1. All documents relating to attempts to locate the home addresses of any members of the media, the Anti-Defamation League, persons who identify as Jewish, or ethnic minorities;

2. All documents relating to the Atomwaffen Division, including members of the group;

3. All documents containing swastikas, other Nazi symbols, or other symbology related to white-supremacist violent extremism;

4. All documents containing the monikers "Krokodil," "Lazarus," "14ALG88," "Azazel," "Roman," "Swissdiscipline," "OldScratch," or "पकजबतचषथबल";

5. All communications with Kaleb Cole;

6. Evidence of who used, owned, or controlled the PHONE at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence:

   a. evidence indicating how and when the phone was accessed or used to determine the chronological context of phone access, use, and events relating to crime under investigation and to the phone user;

   b. evidence indicating the phone user's state of mind as it relates to the crime under investigation;

   c. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the phone;

   d. evidence of the times the phone was used;

Attachment B3
USAO#2018R00225 – Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

e. passwords, encryption keys, and other access devices that may be necessary to access the phone;

f. documentation and manuals that may be necessary to access the phone or to conduct a forensic examination of the phone;

g. records of or information about Internet Protocol addresses used by the phone;

h. records of or information about the phone's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

i. contextual information necessary to understand the evidence described in this attachment.

Attachment B3
USAO#2018R00225 – Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970